IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–13–M–DLC |
| Plaintiff, | ORDER |
| vs. | |
| ERIC JOSEPH WRIGHT, | |
| Defendant. | |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 29) pursuant to Fed. R. Crim. P. 32.2(b).

Defendant Eric Joseph Wright has been adjudged guilty of conspiracy to possess with intent to distribute fentanyl, in violation of 21 U.S.C. §846, as charged in the Superseding Information and has admitted to its forfeiture allegation (Doc. 31). As such, there is a factual basis and cause to issue a preliminary order of forfeiture, pursuant to 21 U.S.C. §§ 853(a)(1)–(2).

Accordingly, IT IS ORDERED that the motion (Doc. 29) is GRANTED:

IT IS FURTHER ORDERED that Wright's interest in the following property is forfeited to the United States in accordance with 21 U.S.C. §§ 853(a)(1) – (2):

- Black Apple iPhone in clear phone case;
- Black and silver combination safe;
- Glock BB gun with light attachment and black bag, S/N: GUW019;
- Glock BB gun with magazine, S/N: DA1499853;

- BBs, and 150 rounds of 9mm ammunition; and
- Any associated firearms accessories and ammunition.

IT IS FURTHER ORDERED that the United States Marshals Service, the Federal Bureau of Investigation, or a designated sub-custodian, are directed to seize and/or maintain custody of this property that is subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to any third parties with a potential legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order of Forfeiture and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed.

IT IS FURTHER ORDERED that upon adjudication of any third-party interests, the Court will enter a final order of forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), in which all interests will be addressed.

DATED this 22nd day of May, 2026.

Dana L. Christensen, District Judge
United States District Court