IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 26–13–M–DLC |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| vs. | |
| ERIC JOSEPH WRIGHT, | |
| Defendant. | |

Before the Court is the United States of America's unopposed motion for final order of forfeiture. (Doc. 34.)  Having reviewed said motion, the Court finds:

1.    The United States commenced forfeiture in this action pursuant to 21 U.S.C. §§ 853(a)(1)–(2).

2.    A preliminary order of forfeiture was entered on May 22, 2026, that forfeited the Defendant's interest. (Doc. 32.)

3.    All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6). (Doc. 33.)

4.    It appears there is cause to issue a final order of forfeiture for the property listed within this order under 21 U.S.C. §§ 853(a)(1)–(2) and Fed. R. Crim. P. 32.2(c)(2).

It is therefore ORDERED, DECREED AND ADJUDGED that:

1.      The motion for final order of forfeiture (Doc. 34) is GRANTED.

2.      The following property is finally forfeited to the United States

pursuant to 21 U.S.C. §§ 853(a)(1)–(2), free from the claims of any other party, the

following property:

- Black Apple iPhone in clear phone case;
- Black and silver combination safe;
- Glock BB gun with light attachment and black bag, S/N: GUW019;
- Glock BB gun with magazine, S/N: DA1499853;
- BBs, and 150 rounds of 9mm ammunition; and
- Any associated firearms accessories and ammunition.

3.      The United States has full and legal title to the forfeited property and

may dispose of it in accordance with law.

DATED this 12th day of August, 2026.

_____
Dana L. Christensen, District Judge
United States District Court